# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GIORGI GLOBAL HOLDINGS, INC.,** *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 20-1992** |
| **NIKHIL JOSEPH PRASAD,** *et al.*, : | |
| : | |
| Defendants. : | |

# ORDER

AND NOW, this 4th day of April, 2022, upon consideration of Defendants' Motion to Dismiss or Alternatively to Stay (ECF No. 18), and Plaintiffs' Response in Opposition (ECF No. 19) **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion (ECF No. 18) is **DENIED.**[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated April 4, 2022.